**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 28, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00260-CV

---

## IN RE AIMEE WOOLWINE, Relator

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
312th District Court
Harris County, Texas
Trial Court Cause No. 2021-05391**

---

## MEMORANDUM OPINION

On April 11, 2022, relator Aimee Woolwine filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Clinton E. Wells, Jr., presiding judge of the 312th District Court of Harris County, to vacate the trial court's February 2, 2022 oral order setting aside the Mediated Settlement Agreement ("MSA") and ordering the parties back to mediation.

Relator further requests that this Court direct the trial court to enter judgment on the terms of the MSA and to sign the proposed final divorce decree submitted to the trial court by relator with her motion to enter final decree of divorce.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.